1  LAWRENCE G. BROWN
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   1:09-CV-01390-AWI-SMS
                                    )
12          Plaintiff,               )   **APPLICATION AND ORDER FOR**
                                    )   **PUBLICATION**
13     v.                            )
                                    )
14                                  )
   APPROXIMATELY $188,207.24 IN U.S. )
15 CURRENCY SEIZED FROM WELLS       )
   FARGO BANK ACCOUNT NO.           )
16 2012381455, HELD IN THE NAME OF  )
   NOEL CASTILLO AND DENICE         )
17 MARIE HECTOR, and                )
                                    )
18 APPROXIMATELY $199,832.00 IN U.S.)
   CURRENCY SEIZED FROM BANK OF     )
19 THE WEST SAFE DEPOSIT BOX NO.    )
   200608, HELD IN THE NAME OF      )
20 DENICE MARIE HECTOR,             )
                                    )
21          Defendants.              )
   _____ )
22

23     The United States of America, Plaintiff herein, applies for an order of publication as

24 follows:

25     1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

26 Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

27 notice of the action to be given in a newspaper of general circulation or on the official internet

28 government forfeiture site;

1        2.      Local Rule 83-171, Eastern District of California, provides that the Court shall
2 designate by order the appropriate newspaper or other vehicle for publication;
3        3.      The defendant approximately $188,207.24 in U.S. Currency seized from Wells
4 Fargo Bank Account No. 2012381455, held in the name of Noel Castillo and Denice Marie
5 Hector and the defendant approximately $199,832.00 in U.S. Currency Seized From Bank of the
6 West Safe Deposit Box No. 200608, held in the name of Denice Marie Hector (hereafter
7 collectively "defendant funds") were seized in the city of Turlock, Stanislaus County, California,
8 and are in the custody of the U.S. Marshals Service, Eastern District of California.  The Drug
9 Enforcement Administration published notice of the nonjudicial forfeiture of the defendant
10 funds on May 4, 11,and 18, 2009, in the *Wall Street Journal*.
11       4.      Plaintiff proposes that publication be made as follows:
12              a.      One publication;
13              b.      Thirty (30) consecutive days;
14              c.      On the official internet government forfeiture site www.forfeiture.gov;
15              d.      The publication is to include the following:
16                      (1)     The Court and case number of the action;
17                      (2)     The date of the seizure/posting;
18                      (3)     The identity and/or description of the property seized/posted;
19                      (4)     The name and address of the attorney for the Plaintiff;
20                      (5)     A statement that claims of persons entitled to possession or
21 claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served
22 on the attorney for the Plaintiff no later than 60 days after the first day of publication on the
23 official internet government forfeiture site; and
24                      (6)     A statement that answers to the Complaint or a motion under Rule
25 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20
26 days after the filing of the claims and, in the absence thereof, default may be entered and
27 ///
28 ///

1 | condemnation ordered.

2 | Dated: August 6, 2009                                LAWRENCE G. BROWN
                                                        United States Attorney
3

4 |                                                     /s/ Deanna L. Martinez
                                                        DEANNA L. MARTINEZ
5 |                                                     Assistant United States Attorney

6
                                          ORDER
7

8

9 | IT IS SO ORDERED.

10 | **Dated:   August 12, 2009**                        /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE