| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | PEGGY SASSO, #228906<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Claimant<br>DENICE MARIE HECTOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cv-01390 AWI/SMS |
| *Plaintiff*, | ) | |
| v. | ) | |
| APPROXIMATELY $188,207.24 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 2012381455, HELD IN THE NAME OF NOEL CASTILLO AND DENICE MARIE HECTOR, and | ) | STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER |
| APPROXIMATELY $199,832.00 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST SAFE DEPOSIT BOX NO. 200608, HELD IN THE NAME OF DENICE MARIE HECTOR, | ) | Date:  December 10, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Sandra M. Snyder |
| *Defendants.* | ) | |
| DENICE MARIE HECTOR, | ) | |
| *Claimant.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Mandatory Scheduling Conference in the above-captioned matter now set for November 16, 2009, **may be continued to December 10, 2009 at 9:00 a.m.**

This continuance is at the request of counsel for Claimant Denise Marie Hector who is required to attend a training seminar in New Mexico the week of November 16th and will thus be unavailable for a

1  Scheduling Conference on November 16, 2009, the date now set for hearing.  The requested continuance
2  will conserve time and resources for all parties and the court.

3                                        LAWRENCE BROWN
4                                        United States Attorney

5  DATED: November 6, 2009                  By:  /s/  Deanna Lynne Martinez
6                                        DEANNA LYNNE MARTINEZ
                                      Assistant United States Attorney
7                                        Attorney for Plaintiff

8                                        DANIEL J. BRODERICK
9                                        Federal Defender

10 DATED: November 6, 2009                  By:   /s/  Peggy Sasso
                                      PEGGY SASSO
11                                       Assistant Federal Defender
                                      Attorney for Claimant
12                                       Denice Marie Hector

13
14 DATED: November 6, 2009                         /s/  Robert L. Forkner
                                      ROBERT L. FORKNER
15                                       Attorney for Claimant
                                      Noel Castillo
16
17
18                               **O R D E R**

19 **IT IS SO ORDERED.**

20 **Dated:     November 9, 2009**          /s/ Sandra M. Snyder
                                      **UNITED STATES MAGISTRATE JUDGE**

21
22
23
24
25
26
27
28