1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8

9           IN THE UNITED STATES DISTRICT COURT FOR THE

10               EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,
                                    1:09-CV-01390-LJO-SMS
12              Plaintiff,
                                    STIPULATION TO MODIFY
13        v.                        SCHEDULING CONFERENCE ORDER
                                    and ORDER
14  APPROXIMATELY $188,207.24 IN
    U.S. CURRENCY SEIZED FROM WELLS
15  FARGO BANK ACCOUNT NO.
    2012381455, HELD IN THE NAME OF
16  NOEL CASTILLO AND DENICE MARIE
    HECTOR, and
17
    APPROXIMATELY $199,832.00 IN
18  U.S. CURRENCY SEIZED FROM BANK
    OF THE WEST SAFE DEPOSIT BOX NO.
19  200608, HELD IN THE NAME OF
    DENICE MARIE HECTOR,
20
                Defendants.
21

22

23       Plaintiff United States of America and claimants Denice Marie

24  Hector and Noel Castillo request that the Scheduling Conference

25  Order entered on March 12, 2010, be modified.  The reasons for this

26  request, and the proposed revised schedule, are set forth below.

27       1.   This case was assigned to Assistant U.S. Attorney Deanna

28  Martinez who passed away unexpectedly on or about November 6, 2010.

                        2        STIPULATION TO MODIFY SCHEDULING
                                 CONFERENCE ORDER AND ORDER (PROPOSED)

1    2.    This case, and all others assigned to her, have been

2 reassigned to other Assistant U.S. Attorneys in the United States

3 Attorney's Office.   Assistant U.S. Attorney Kristin S. Door is now

4 assigned to this case.

5    3.    AUSA Door request that all the pending dates be continued

6 approximately 60 days to allow her sufficient time to review this

7 case.   A settlement conference is now scheduled for December 7,

8 2010, and settlement conference statements are to be filed on or

9 about November 30.   Due to other matters currently assigned to her,

10 AUSA Door has not had time to thoroughly review the file and will

11 not be prepared to participate in a settlement conference in an

12 informed and meaningful way.

13    4.    The proposed new schedule is as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Settlement Conference | December 7, 2010 | February 1, 2011 at 1:30pm (SMS) |
| Non-Expert Discovery Deadline | December 17, 2010 | February 17, 2011 |
| Expert Disclosure Deadline | January 7, 2011 | March 7, 2011 |
| Expert Discovery Deadline | February 18, 2011 | April 18, 2011 |
| Non-dispositive Motion Filing Deadline | February 18, 2011 | April 18, 2011 |
| Disposition Motion Filing Deadline | March 4, 2011 | May 4, 2011 |
| Pretrial Conference | April 19, 2011 | June 20, 2011 at 8:30am (LJO) |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Trial Date | June 1, 2011 | August 1, 2011 at 8:30am (LJO) |
|---|---|---|

Dated: November 29, 2010     BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kristin S. Door
KRISTIN S. DOOR
Assistant U.S. Attorney

Dated: November 29, 2010     DANIEL J. BRODERICK
Federal Defender

By:  /s/ Peggy Sasso
PEGGY SASSO
(As authorized on 11/17/10)
Assistant Federal Defender
Attorney for claimant
Denice Marie Hector

Dated: November 29, 2010     /s/ Robert L. Forkner
ROBERT L. FORKNER
(As authorized on 11/23/10)
Attorney for claimant
Noel Castillo

IT IS SO ORDERED.

Dated:  November 29, 2010         /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

2    STIPULATION TO MODIFY SCHEDULING
CONFERENCE ORDER AND ORDER (PROPOSED)