| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | ALYSON A. BERG<br>Assistant United States Attorney |
| 3 | United States Courthouse<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:09-CV-01390-AWI-SMS |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT**; |
| v. | ) |
| APPROXIMATELY $188,207.24 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 2012381455, HELD IN THE NAME OF NOEL CASTILLO AND DENICE MARIE HECTOR, and | ) ORDER |
| APPROXIMATELY $199,832.00 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST SAFE DEPOSIT BOX NO. 200608, HELD IN THE NAME OF DENICE MARIE HECTOR, | ) |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that the parties have agreed to settle this civil forfeiture action. All dates set forth in the March 12, 2010, Scheduling Order and December 1, 2010 Stipulation and Order to Modify Scheduling Order should be vacated. The Status Conference re Settlement papers and trust presently set for May 4, 2011 at 2:00 p.m. shall remain on calendar.

///

///

1  ///

2  The United States is requesting that dispositional documents be filed no later than July 6, 2011, to
3  allow for completion of the settlement documents.

4  Dated: April 8, 2011                            BENJAMIN B. WAGNER
                                                   United States Attorney
5

6
                                                    /s/ Alyson A. Berg
7                                                  ALYSON A. BERG
                                                   Assistant United States Attorney
8

9                                       **ORDER**

10         Based on the Notice of Settlement and Good Cause appearing, this Court hereby vacates
11  all dates set forth in its March 12, 2010, Scheduling Order and December 1, 2010, Stipulation and
12  Order to Modify Scheduling Order and hereby orders that the final dispositional documents in this
13  case be filed on or before July 6, 2011.   The Status Conference re Settlement papers and trust
14  presently set for May 4, 2011 at 2:00 p.m. shall remain on calendar.

15

16  IT IS SO ORDERED.

17  **Dated:   April 16, 2011**                            /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28