1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | PEGGY SASSO, #228906
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561
5
Attorney for Claimant
6 | DENICE MARIE HECTOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:09-cv-01390 LJO-SMS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE STATUS |
| APPROXIMATELY $188,207.24 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 2012381455, HELD IN THE NAME OF NOEL CASTILLO AND DENICE MARIE HECTOR, and | ) CONFERENCE RE SETTLEMENT PAPER AND TRUST;  ORDER |
| | ) Date:  June 23, 2011 |
| APPROXIMATELY $199,832.00 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST SAFE DEPOSIT BOX NO. 200608, HELD IN THE NAME OF DENICE MARIE HECTOR, | ) Time:  2:00 p.m. Judge: Hon. Sandra M. Snyder |
| Defendants | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Status Conference re Settlement paper and Trust in the above-captioned matter now set for May 4, 2011, **may be continued to June 23, 2011 at 2:00 p.m.**

This continuance is at the request of counsel for Claimant because additional time is needed to draft the requisite trust documents for her two children.  The requested continuance will conserve time and resources for all parties and the court.

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 29, 2011 | By:  /s/ Alyson A. Berg<br>ALYSON A. BERG<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 29, 2011 | By:  /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Claimant<br>Denice Marie Hector |

## O R D E R

**IT IS SO ORDERED.** Status Conference re Settlement paper and Trust in the above-captioned matter now set for May 4, 2011, **may be continued to June 23, 2011 at 2:00 p.m.** before Judge Snyder.

IT IS SO ORDERED.

**Dated:   May 2, 2011**           /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE