BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:09-CV-01390-LJO-SMS |
|---|---|
| Plaintiff, | ) **FINAL JUDGMENT OF FORFEITURE** |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| APPROXIMATELY $188,207.24 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 2012381455, HELD IN THE NAME OF NOEL CASTILLO AND DENICE MARIE HECTOR, and | ) |
| APPROXIMATELY $199,832.00 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST SAFE DEPOSIT BOX NO. 200608, HELD IN THE NAME OF DENICE MARIE HECTOR, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant approximately $188,207.24 in U.S. Currency seized from Wells Fargo Bank Account No. 2012381455, held in the name of Noel Castillo and Denice Marie Hector, and approximately $199,832.00 in U.S. Currency seized from Bank of the

1   West Safe Deposit Box No. 200608, held in the name of Denice Marie Hector (hereafter "defendant
2   funds").
3     2. A Verified Complaint for Forfeiture *In Rem* was filed on August 6, 2009, alleging that
4   said defendant funds are subject to forfeiture to the United States of America pursuant to 21 U.S.C.
5   § 881(a)(6).
6     3. On August 12, 2009, the Clerk issued a Warrant for Arrest for the defendant funds,
7   which was duly executed on August 20, 2009.
8     4. Beginning on August 22, 2009, for at least 30 consecutive days, the United States
9   published notice of this action on the official government forfeiture site www.forfeiture.gov.  A
10  Declaration of Publication was filed on December 1, 2009.
11    5. In addition to public notice on the official internet government forfeiture site
12  www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:
13     a. Noel Castillo
14     b. Denice Marie Hector
15    6. Claimants Noel Castillo and Denice Marie Hector state that they are the sole owners
16  of the defendant funds seized from the Wells Fargo bank account and have sole authority to enter
17  into this agreement.  Claimant Denice Marie Hector states that she is the sole owner of the defendant
18  funds seized from the Bank of the West Safe Deposit Box and has authority to enter into this
19  agreement. Claimant Noel Castillo acknowledges that he has made no claim to the approximately
20  $199,832.00 in U.S. Currency seized from Bank of the West Safe Deposit Box No. 200608, held in
21  the name of Denice Marie Hector, together with any interest that may have accrued on that amount,
22  and is not entitled to return on any of the seized currency from the Bank of the West Safe Deposit
23  Box.
24    7. No other parties have filed claims or answers in this matter, and the time for which
25  any person or entity may file a claim and answer has expired.
26    Based on the above findings, and the files and records of the Court, it is hereby
27  ///
28  ///

1  ORDERED AND ADJUDGED:

2  1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and
3  between the parties to this action.

4  2. That judgment is hereby entered against Claimants Noel Castillo, Denice Marie
5  Hector, and all other potential claimants who have not filed claims in this action.

6  3. Upon entry of a Final Judgment of Forfeiture herein, the defendant approximately
7  $188,207.24 in U.S. Currency seized from Wells Fargo Bank Account No. 2012381455, held in the
8  name of Noel Castillo and Denice Marie Hector, together with any interest that may have accrued
9  on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be
10 disposed of according to law.

11 4. Within 45 days of entry of a Final Judgment of Forfeiture, $72,000.00 of the
12 defendant $199,832.00 in U.S. Currency seized from Bank of the West Safe Deposit Box No.
13 200608, held in the name of Denice Marie Hector, shall be divided equally with $36,000.00 of the
14 $72,000.00 being deposited into (1) the Denice Hector Trust for the Education of Diego Castillo; and
15 (2) the Denice Hector Trust for the Education of Manuel Castillo.  This Court ORDERS that the
16 funds for the minor be placed in a blocked account for the minor's benefit in an appropriate financial
17 institution and that the minor's funds shall not be withdrawn until the minor reaches age 18 or as
18 otherwise ordered by this Court.  Trustee Denice Marie Hector, or her counsel of record, shall have
19 the financial institution into which the funds are deposited sign a "Receipt of Depository," in an
20 appropriate pleading form, acknowledging the receipt of the funds and this Court order.  Counsel
21 shall file the "Receipt of Depository" with the clerk of the Court.  The remaining $127,832.00 seized
22 from the Bank of the West Safe Deposit Box No. 200608, held in the name of Denice Marie Hector,
23 together with any interest that may have accrued on that amount, shall be forfeited to the United
24 States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.  Claimant Noel Castillo
25 acknowledges that he has made no claim to the approximately $199,832.00 in U.S. Currency seized
26 from Bank of the West Safe Deposit Box No. 200608, held in the name of Denice Marie Hector,
27 together with any interest that may have accrued on that amount, and is not entitled to return on any
28 of the seized currency from the Bank of the West Safe Deposit Box.

5. That plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about August 6, 2009, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties shall bear their own costs and attorneys' fees.

8. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 21 day of July, 2011.

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed August 6, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

**Dated: July 21, 2011**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE