DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Claimant
DENICE MARIE HECTOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>APPROXIMATELY $188,207.24 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 2012381455, HELD IN THE NAME OF NOEL CASTILLO AND DENICE MARIE HECTOR, and<br><br>APPROXIMATELY $199,832.00 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST SAFE DEPOSIT BOX NO. 200608, HELD IN THE NAME OF DENICE MARIE HECTOR,<br><br>    *Defendants* | NO. 1:09-cv-01390 LJO-SMS<br><br>ORDER APPROVING FORFEITURE SETTLEMENT WITH RESPECT TO CLAIMANT DENICE MARIE HECTOR<br><br><br><br>Judge: Hon. Sandra M. Snyder<br>Time: N/A<br>Date: N/A |

This matter having come before the Court, and good cause appearing, the parties move for approval of (1) the forfeiture settlement with respect to Denice Marie Hector; and (2) the Agreement and Declaration of Trust Creating the Denice Hector Trust for the Education of Diego Castillo, which is necessary to effectuate the terms of the forfeiture settlement.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: July 6, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | DANIEL J. BRODERICK<br>Federal Defender |
| 4 | | |
| 5 | | By: /s/ Peggy Sasso<br>PEGGY SASSO |
| 6 | | Assistant Federal Defender<br>Attorney for Denice Marie Hector |

BENJAMIN B. WAGNER
United States Attorney

Dated: July 6, 2011           By:     /s/ Alyson A. Berg
                                      ALYSON A. BERG
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   July 26, 2011**                  /s/ **Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Approving Forfeiture Settlement with
Respect to Claimant Denice Marie Hector

-2-